# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| FLOYD STANHOPE FRANCIS,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | ) Case No: 4:15-cv-1245-KOB-SGC<br>) |
| BOARD OF IMMIGRATION APPEALS, et. al.,<br>　　　Defendants. | )<br>)<br>) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 3, 2016, recommending that the court dismiss this action for lack of jurisdiction. No party has filed any objections.

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation. The court ADOPTS the magistrate judge's report and ACCEPTS her recommendation to dismiss this action for lack of jurisdiction. The court finds that, for all of the reasons stated in the magistrate judge's report, the plaintiff's action is due to be dismissed in its entirety for lack of jurisdiction.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 22nd day of March, 2016.

　　　　　　　　　　　　　　　　　　　　　*Karon O. Bowdre*
　　　　　　　　　　　　　　　　　　　　KARON OWEN BOWDRE
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE